FILED
United States Court of Appeals
Tenth Circuit

October 4, 2011

Elisabeth A. Shumaker
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

---

JULIUS MUSAU,

    Petitioner - Appellant,

v.

KENNETH CARLSON, District Director, Immigration and Customs Enforcement in Kansas City, et al.,

    Respondents - Appellees.

No. 11-3105

---

## ORDER

---

Within ten days of the date of this order, appellant shall file a response to appellees' motion for leave to file a corrected brief.

    Entered for the Court,

    *Elisabeth A. Shumaker*

    ELISABETH A. SHUMAKER, Clerk