Appellate Case: 11-3105     Document: 01018723875     Date Filed: 10/05/2011     Page: 1

FILED
United States Court of Appeals
Tenth Circuit

October 5, 2011

Elisabeth A. Shumaker
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

---

JULIUS MUSAU,

    Petitioner - Appellant,

v.

KENNETH CARLSON, District Director, Immigration and Customs Enforcement in Kansas City, et al.,

    Respondents - Appellees.

No. 11-3105

---

**ORDER**

---

This matter is before the court on Appellant's "Motion to Strike Appellees' Opening Brief in Whole, for Sanctions, and for Attorneys' Fees and Costs," "Errata Sheet Regarding Motion to Strike," "Respondents-Appellees' Opposed Motion for Leave to File a Corrected Brief of Respondents-Appellees," and "Opposition to Motion for Leave to File Corrected Brief." Appellant's motion to strike, errata, appellees' motion to file a corrected brief, and appellant's opposition are referred to the panel of judges who will decide this appeal on the merits.

Appellees must provide the court with seven hard copies of the proposed corrected response brief within ten days of the date of this order. The cover of the proposed brief must clearly state that it is the PROPOSED CORRECTED RESPONSE BRIEF.

Entered for the Court,

*Elisabeth A. Shumaker*

ELISABETH A. SHUMAKER, Clerk